JAMES PAUL SEGALL-GUTIERREZ (Cal. Bar No. 240439)
    Jpsglaw@gmail.com
    James P Segall-Gutierrez Law Offices
    6709 Greenleaf Avenue Suite 202
    Whitter, CA 91601
    Telephone: 562-321-5950; Fax: 562-907-3791
Attorney for Plaintiffs

SUSAN E COLEMAN (Cal. Bar No. 171832)
    Scoleman@bwslaw.com
    Burke Williams and Sorensen LLP
    444 South Flower Street Suite 2400
    Los Angeles,, CA 90071-2953
    Telephone: 213-236-0600; Fax: 213-236-2700
Attorney for Defendant
Management & Training Corporation

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
MARSHA M. YASUDA (Cal. Bar No. 238509)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6702; Fax: (213) 894-7819
    E-mail: Marsha.Yasuda@usdoj.gov
Attorneys for Defendants
Barack Obama and United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.A., a minor, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>BARACK HUSSEIN OBAMA, II, as an individual and President of the United States, et al.,<br>    Defendants. | No. CV 16-01247 PA (ASx)<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Honorable Percy Anderson |

IT IS HEREBY REQUESTED AND STIPULATED by the parties, subject to court approval that the September 12, 2016 scheduling conference be continued to a date after the Court's ruling on Defendants President Barack Obama and the United States of America's ("Federal Defendants") pending Motion to Dismiss. The reasons for this stipulation are set forth below.

On July 27, 2016, Federal Defendants filed a Motion to Dismiss. (ECF 26). The Motion hearing is set for August 29, 2016. This Court has not yet issued a decision on the Motion.

The parties therefore request that the September 12, 2016 scheduling conference be continued to a date after the decision on the Motion to Dismiss is issued, as the decision may dispose of some of the issues and parties adjudicated in this action. The requested continuance will conserve judicial resources and also permit the case to be properly prepared for the scheduling conference after there has been a determination of which defendants will remain parties to the case. This will allow for the coordination of scheduling by only those parties that remain in the case and allow for a properly tailored Rule 26 report.

Dated: August 22, 2016        JAMES P. SEGALL-GUTIERREZ LAW OFFICES

/s/*
JAMES P. SEGALL-GUTIERREZ
Attorney for Plaintiffs

Dated: August 22, 2016        BURKE WILLIAMS AND SORENSON LLP

/s/*
SUSAN E. COLEMAN
Attorney for Defendant
Management and Training Corporation

| | |
|---|---|
| Dated: August 22, 2016 | EILEEN M. DECKER<br>United States Attorney<br>DOROTHY A. SCHOUTEN<br>Assistant United States Attorney<br>Chief, Civil Division<br>ROBYN-MARIE LYON MONTELEONE<br>Assistant United States Attorney<br>Chief, General Civil Section, Civil Division<br><br>         /s/<br>MARSHA M. YASUDA<br>Assistant United States Attorney<br>Attorneys for Defendant<br>President Barack Obama and<br>United States of America |

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

3