JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., a minor, et al., | No.   CV 16-1247 PA (ASx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| BARACK HUSSEIN OBAMA II, et al. | |
| Defendants. | |

In accordance with the Court's July 1, 2016 Order dismissing defendants Department of Homeland Security, Department of Justice, Metropolitan Detention Center - Federal Bureau of Prisons, and Immigrations Customs and Enforcement without prejudice; the Court's September 7, 2016 Order granting the Motion to Dismiss filed by defendants United States of America and Barack Hussein Obama II and dismissing United States of America and Barack Hussein Obama II with prejudice; and the Court's September 16, 2016 Order dismissing the action without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall have judgment in their favor;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice;

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs take
2  nothing and that defendants shall have their costs of suit.

4  DATED: September 16, 2016

                                                Percy Anderson
                                    United States District Judge