**DENIED**
BY ORDER OF THE COURT

1
2
3
4
5
6
7
8
9
10
11
12  UNITED STATES DISTRICT COURT
13  FOR THE CENTRAL DISTRICT OF CALIFORNIA
14  WESTERN DIVISION

15  K.A., a minor, et al.,   No. CV 16-01247 PA (ASx)
        Plaintiffs,
16                            **[PROPOSED] ORDER CLARIFYING**
            v.                **09/07/2016 ORDER**
17
    BARACK HUSSEIN OBAMA, II, as
18  an individual and President of the
    United States, et al.,
19          Defendants.        Honorable Percy Anderson

20
21
22
23
24
25
26
27
28

|    |    |
|----|----|
| 1  | **[PROPOSED] ORDER CLARIFYING 09/07/2016 ORDER** |
| 2  | On September 7, 2016, the Court granted Defendants President Barack Obama's |
| 3  | and the United States of America's ("Federal Defendants") Motion to Dismiss and |
| 4  | dismissed the Federal Defendants from the above-captioned action with prejudice.  The |
| 5  | Court hereby clarifies that the dismissal of this action was based on the arguments |
| 6  | asserted in Federal Defendants' Motion, as well as Plaintiffs' failure to file an |
| 7  | Opposition and "(1) the public's interest in expeditious resolution of litigation; (2) the |
| 8  | court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the |
| 9  | public policy favoring disposition of cases of their merits; and (5) the availability of less |
| 10 | drastic sanctions."  <u>Ghazali v. Moran</u>, 46 F.3d 52, 53-54 (9th Cir. 1995); C.D. Cal. Local |
| 11 | Rule 7-12. |

**DENIED**
BY ORDER OF
*** 
*[signature]*
UNITED STATES DISTRICT JUDGE
09/20/16

Dated: _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Denied as moot.  See Amended Minute Order dated September 19, 2016.

1